IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CIVIL NO. 3:08CV121 |
| | ) | (Financial Litigation Unit) |
| NADIA F. ALHELO, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT BY DEFAULT

A default having been entered against the defendant and counsel for the plaintiff having requested judgment by default against the defendant and having filed a proper Declaration all in accordance with Rule 55(a) and (b)(1) of the Federal Rules of Civil Procedure;

Judgment by default is rendered in favor of the plaintiff, the United States of America, and against the defendant, Nadia F. Alhelo, in the total amount of $28,241.20, as of April 17, 2008, which includes the principal amount of $22,000.00, plus prejudgment interest, accrued pursuant to the terms in the complaint, in the amount of $63.44 with no further interest to accrue in accordance with agency program profile, agency administrative charges of $6,177.76 and administrative costs of judgment in the amount of $350.00. No postjudgment interest to accrue. The plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment the defendant would normally receive may be offset and applied to this debt.

This 18th day of April, 2008.

FRANK G. JOHNS, Clerk

By: _____
Deputy Clerk